UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRVIN HAWKINS | CIVIL ACTION |
| VERSUS | NO. 08-4142 |
| PAUL D. CONNICK, JR., DISTRICT ATTORNEY | SECTION "J"(1) |

### **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and petitioner's **Objection** to the Magistrate's Report and Recommendation (Rec. Doc. 11), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Irvin Hawkins for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

New Orleans, Louisiana, this __17th__ day of _____March_____, 2009.

_____
UNITED STATES DISTRICT JUDGE